PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 7:11:14 PM
Accepted 11/10/2015 8:14:23 AM
ABEL ACOSTA
CLERK

PD-1067-15

In the Court of
Criminal Appeals of Texas

---

EX PARTE JAMES RICHARD "RICK" PERRY

---

On Petition for Discretionary Review from the District Court for the 390th Judicial District Travis County, Texas, Case No. D-1-DC-14-100139, and the Texas Court of Appeals for the Third District, at Austin, Case No. 03-15-00063-CR

---

**UNOPPOSED MOTION OF EUGENE VOLOKH TO APPEAR PRO HAC VICE AND MOTION OF JAMES C. HO IN SUPPORT OF SAME**

---

Eugene Volokh
  California Bar No. 194464
Gary T. Schwartz Professor of Law
SCOTT & CYAN BANISTER
FIRST AMENDMENT CLINIC
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel.: (310) 206-3926
*volokh@law.ucla.edu*

James C. Ho
  Texas Bar No. 24052766
Prerak Shah
  Texas Bar No. 24075053
Bradley G. Hubbard
  Texas Bar No. 24090174
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Tel.: (214) 698-3264
Fax: (214) 571-2917
*jho@gibsondunn.com*
*pshah@gibsondunn.com*
*bhubbard@gibsondunn.com*

## UNOPPOSED MOTION OF EUGENE VOLOKH

Eugene Volokh ("Movant") respectfully moves that he be admitted to appear, sign all pleadings, and take whatever action is necessary to represent *amicus curiae* Constitutional and Criminal Law Experts in this case (the Texas Proceeding). In support of this motion and in compliance with Rule XIX of the Rules Governing Admissions to the Bar of Texas, the undersigned states the following:

1.      Movant is the Gary T. Schwartz Professor of Law at the UCLA School of Law.  His office is at 405 Hilgard Ave., Los Angeles, CA 90095, and the telephone number at his office is (310) 206-3926.  His fax number is (310) 206-7010 and his email address is volokh@law.ucla.edu.

2.      In the Texas Proceeding, Movant will be associated with the following Texas attorney:

> James C. Ho
> State Bar No. 24052766
> GIBSON, DUNN & CRUTCHER LLP
> 2100 McKinney Avenue, Suite 1100
> Dallas, TX  75201-6912
> Tel.:  (214) 698-3264
> Fax:  (214) 571-2917
> *jho@gibsondunn.com*

3.      Within the past two years, Movant has appeared or sought leave to appear in the following cases or causes in Texas courts:

> *Ex Parte Thompson*, No. No. PD-1371-13, in the Court of Criminal Appeals of Texas (*pro hac vice* admission granted April 14, 2014)

*Service Employees International Union Local 5 v. Professional Janitorial Service of Houston, Inc.*, No. 13-0882, in the Supreme Court of Texas (*pro hac vice* admission granted Nov. 15, 2013)

*Auspro Enterprises, LP v. Texas Dep't of Transportation*, No. 03-14-00375, in the Third Court of Appeals of Texas

4.     Movant is licensed to practice in the following courts:

U.S. Supreme Court

U.S. Courts of Appeals:
       Second Circuit
       Fourth Circuit
       Sixth Circuit
       Seventh Circuit
       Ninth Circuit
       Eleventh Circuit

U.S. District Courts:
       Northern District of California

California State Courts

Movant is an active member and in good standing with each of these courts.

5.     Movant has not been the subject of a disciplinary action by the bar or courts of any jurisdiction in which he is licensed within the preceding five years.

6.     Movant has not been denied admission to the courts of any state or to any federal court during the preceding five years.

7.     Movant is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will, at all times, abide by and comply with

3

the same so long as the Texas Proceeding is pending and said applicant has not withdrawn as counsel therein.

8.      Movant refers the Court to his Affidavit attached hereto as Exhibit A. Attached hereto as Exhibit B is a copy proof of payment by Movant of the nonresident attorney fee to the Texas Board of Law Examiners.

9.      Accordingly, Movant requests that the Court grant this motion to appear *pro hac vice* in the Texas Proceeding.

Respectfully submitted,

 /s/ *Eugene Volokh*
Eugene Volokh
Gary T. Schwartz Professor of Law
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90095
volokh@law.ucla.edu
(310) 206-3926

**UNOPPOSED MOTION OF RESIDENT ATTORNEY**

The undersigned states that he finds Movant Eugene Volokh to be a reputable attorney and recommends that Movant be granted permission to participate in the Texas Proceeding before this Court.

Respectfully submitted,

/s/ *James C. Ho*
James C. Ho
   Texas Bar No. 24052766
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Tel.:  (214) 698-3264
Fax:  (214) 571-2917
*jho@gibsondunn.com*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for *amici curiae* conferred with counsel for former Governor Rick Perry and counsel for the State of Texas about these motions for *pro hac vice* admission, and confirmed that neither party is opposed to the relief sought in these motions. If this Court denies the motion to share oral argument filed simultaneously with these motions, these motions for *pro hac vice* admission may be denied as well.

/s/ James C. Ho
James C. Ho

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2015, a true and correct copy of the foregoing was served via electronic mail on the following counsel of record for all parties in this case:

Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711

David L. Botsford
BOTSFORD & ROARK
1307 West Avenue
Austin, TX 78701

Michael McCrum
District Attorney Pro Tem
Travis County, Texas
700 N. St. Mary's St., Suite 1900
San Antonio, TX 78205

Anthony G. Buzbee
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

David M. Gonzalez
Assistant District Attorney Pro Tem
Travis County, Texas
206 East 9th Street, Suite 1511
Austin, TX 78701

Thomas R. Phillips
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701

*Counsel for the State of Texas*

*Counsel for Applicant*

/s/ *James C. Ho*
James C. Ho

**AFFIDAVIT OF EUGENE VOLOKH**

I, Eugene Volokh, on oath, depose and state that this Affidavit is in support of the motion that I be admitted to the Court of Criminal Appeals for the State of Texas *pro hac vice*.

1.      I reside in California and I am a law professor at the UCLA School of Law.

2.      I was admitted to practice law in California on February 23, 1998.

3.      I am currently in good standing before the various courts to which I have been admitted and have not been the subject of any disciplinary proceeding.

4.      I am over 18 years of age, I have never been adjudged incompetent, and I am competent to testify to the facts herein stated.

5.      I have read the foregoing Motion to Appear *Pro Hac Vice*, and the facts stated therein and in this Affidavit are true and correct.

_____
Eugene Volokh

SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of November, 2015.

Please see attached California Jurat with Affiant statement for notary public signature and seal. cec

_____
Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of _Los Angeles_

COURTNEY E. COLE
COMM. #2081910
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Oct. 14, 2018

Subscribed and sworn to (or affirmed) before me

on this __9__ day of _November_, 20_15_,
          *Date*                    *Month*                    *Year*
by

(1)_____ _Eugene Volkh_ _____

(and (2)_____ ),
                  *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature_____
                  *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document:_Exhibit A - Affidavit of Eugene Volkh_ Document Date:_November 9, 2015_

Number of Pages: _2_ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT B: BOARD OF LAW EXAMINERS ACKNOWLEDGMENT LETTER

## Board of Law Examiners
Appointed by the Supreme Court of Texas

P.O. Box 13486   *   Austin, Texas  78711-3486

### Acknowledgment Letter
### Non-Resident Attorney Fee

November 09, 2015

To:  Eugene Volokh

Via:  volokh@law.ucla.edu

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Volokh**

**Case: PD-1067-15**

**Texas court or body: Texas Court of Criminal Appeals**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director